> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Mistie L. Morales v. J.C. Penney Corporation, Inc.

| | |
|---|---|
| Case Number | 49D05-2001-CT-003672 |
| Court | Marion Superior Court, Civil Division 5 |
| Type | CT - Civil Tort |
| Filed | 01/27/2020 |
| Status | 01/27/2020 , Pending  (active) |

### Parties to the Case

**Defendant**   J.C. Penney Corporation, Inc.

- **Address**
  C/O Registered Agent, CT Corporation System
  150 W. Market St., Suite 800
  Indianapolis, IN 46204
- **Attorney**
  Jessica Nicole Hamilton
  *#3426871, Lead, Retained*

  550 Congressional Blvd.
  Suite 310
  Carmel, IN 46032
  317-818-1360(W)

- **Attorney**
  Leslie B Pollie
  *#2571649, Retained*

  Kopka Pinkus Dolin PC
  550 Congressional Blvd., Suite 310
  Carmel, IN 46032
  317-818-1360(W)

**Plaintiff**    Morales, Mistie L.

- **Address**
  501 Streamside Dr.
  Greenfield, IN 46140
- **Attorney**
  Vaughn A Wamsley
  *#1467971, Lead, Retained*

  851 South Rangeline Road
  Carmel, IN 46032
  317-846-1080(W)

- **Attorney**
  Jeremy Scott Baber
  *#2288329, Retained*

  851 S Rangeline Rd
  Carmel, IN 46032
  317-846-1080(W)

### Chronological Case Summary

01/27/2020   **Case Opened as a New Filing**

# Exhibit A

| | | |
|---|---|---|
| 01/28/2020 | **Appearance Filed** | |
| | Appearance | |
| | For Party: | Morales, Mistie L. |
| | File Stamp: | 01/27/2020 |
| 01/28/2020 | **Complaint/Equivalent Pleading Filed** | |
| | Plaintiff's Complaint for Damages and Request for Jury Trial | |
| | Filed By: | Morales, Mistie L. |
| | File Stamp: | 01/27/2020 |
| 01/28/2020 | **Subpoena/Summons Filed** | |
| | Summons to J.C. Penney Corporation, Inc. | |
| | Filed By: | Morales, Mistie L. |
| | File Stamp: | 01/27/2020 |
| 02/07/2020 | **Appearance Filed** | |
| | Appearance by Leslie Pollie and Jessica Hamilton for J.C. Penney | |
| | For Party: | J.C. Penney Corporation, Inc. |
| | File Stamp: | 02/07/2020 |
| 02/07/2020 | **Notice Filed** | |
| | Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint | |
| | Filed By: | J.C. Penney Corporation, Inc. |
| | File Stamp: | 02/07/2020 |
| 02/12/2020 | **Order Granting Motion for Enlargement of Time** | |
| | Up to and including 03/25/2020 | |
| | Judicial Officer: | Chavis, John M.T., II |
| | Order Signed: | 02/10/2020 |
| 02/13/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 2/12/2020 : Jeremy Scott Baber;Jessica Nicole Hamilton;Leslie B Pollie;Vaughn A Wamsley | |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Morales, Mistie L.
Plaintiff

Balance Due (as of 02/25/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/28/2020 | Transaction Assessment | 157.00 |
| 01/28/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY _____ COURT | |
| | ) SS: | | |
| COUNTY OF MARION | ) | CAUSE NO. | |

MISTIE L. MORALES,              )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                )
J.C. PENNEY CORPORATION, INC.   )
                                )
        Defendant.              )

# APPEARANCE FORM (CIVIL)
## Initiating Party

Case Number:_____     (File stamp)
        (To be supplied by Clerk at time of filing)

/ / Check if Pro Se.  NOTE:  This form is not required for pro se protective orders.

1.  MISTIE L. MORALES                         2.  _____
    Name of first initiating party                Telephone of pro se party
    (Supply names of additional initiating parties on continuation page.)

3.  Attorney information (as applicable for service of process):

         Name:     Vaughn A. Wamsley           Atty No:   14679-71
         Address:  VAUGHN A. WAMSLEY, P.C.     Phone:     (317) 846-1080
                   851 S. Rangeline Rd.        FAX:       (317) 581-1234
                   Carmel, IN  46032           email:     kbrooks@pilegal.com

         Name:     Jeremy S. Baber             Atty No:   22883-29
         Address:  VAUGHN A. WAMSLEY, P.C.     Phone:     (317) 846-1080
                   851 S. Rangeline Rd.        FAX:       (317) 581-1234
                   Carmel, IN  46032           email:     jbaber@pilegal.com

    (Supply information for additional attorneys on continuation page.)

4.  Case Type requested:  CT     5. Will accept FAX service:  Yes ___    No  X

6.  Social Security numbers of all family members in proceedings involving support issues.

         Name:_____  SS#_____  Name:_____  SS#
         Name:_____  SS#_____  Name:_____  SS#

      Name:_____ SS#_____ Name:_____ SS#
      (Supply Social Security numbers for additional persons on continuation page.)

7.  Are there related cases?  Yes___ No_X_  If yes, list case & no.

      Caption_____ Case No.

      Caption_____ Case No.
      (Supply information for additional related cases on continuation page.)

8.  Additional Information required by local rule:  N/A

                                                    *s/ Vaughn Wamsley*
                                                    _____
                                                    Vaughn A. Wamsley,  No. 14679-71
                                                    Jeremy S. Baber,     No. 22883-29
                                                    *Attorneys for Plaintiff*

Vaughn A. Wamsley, Esq.
Jeremy S. Baber, Esq.
VAUGHN A. WAMSLEY, P.C.
851 South Rangeline Road
Carmel, IN  46032
Ph:    317-846-1080
Fax:   317-581-1234

Case 1:20-cv-00619-JPH-TAB   Document 1-1   Filed 02/25/20   Page 5 of 15 PageID #: 8

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| MISTIE L. MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| J.C. PENNEY CORPORATION, INC. | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT FOR DAMAGES
## AND REQUEST FOR JURY TRIAL

Comes now Plaintiff, Mistie L. Morales, by counsel, and for her Complaint against the Defendant, J.C. Penney Corporation, Inc., alleges and states as follows:

1. That Plaintiff, Mistie L. Morales, is a resident of the City of Greenwood, County of Johnson, State of Indiana, at all times relevant to this cause of action.

2. That the Defendant, J.C. Penney Corporation, Inc., is a Foreign For-Profit Corporation with a principle place of business located in Plano, Texas and doing business in the City of Indianapolis, County of Marion, State of Indiana at all times pertinent to this cause of action.

3. That on November 23, 2018, Mistie Morales was a business invitee at JC Penney, located inside the Castleton Square Mall, in Indianapolis, Indiana. Ms. Morales was walking from the shoe department and was walking towards the handbags/accessories department when she slipped and fell on a puddle of water/soft drink.

4. That the Defendant, J.C. Penney Corporation, Inc., owed a duty to its invitees, including the Plaintiff, to exercise reasonable care to see that their store was free from any and all hazards, including puddles of water and/or soft drinks in their aisles.

5. That the Defendant, J.C. Penney Corporation, Inc., failed to observe this duty by failing to properly maintain the aisles of the store to ensure that they are free from any and all hazards, including but not limited to, water and/or soft drinks.

6. That as a result of Defendant's negligence, Plaintiff has suffered serious personal injuries, causing the Plaintiff to incur significant medical expense, loss of earnings, pain and suffering, loss to enjoyment of life, mental anguish, and suffered permanent injuries.

WHEREFORE, the Plaintiff does pray and request that the Court award a judgment to the Plaintiff sufficient to compensate the Plaintiff for the physical injuries, medical expenses incurred, pain and suffering, future pain and suffering, mental anguish, loss of enjoyment of life, incidental and consequential damages, attorney fees, plus pre-judgment interest, the cost of this action post-judgment and for all other relief as is just and proper in the premises.

Respectfully submitted,

*s/ Vaughn Wamsley*

_____
Vaughn A. Wamsley, #14679-71
Jeremy S. Baber, #22883-29
Attorneys for Plaintiff

Vaughn A. Wamsley, Esq.
Jeremy S. Baber, Esq.
Attorney at Law
851 S. Rangeline Road
Carmel, IN  46032
(317) 846-1080

## **REQUEST FOR JURY TRIAL**

Come now the Plaintiffs, by counsel, and respectfully request that this matter be tried by jury.

Respectfully submitted,

*s/ Vaughn Wamsley*

_____
Vaughn A. Wamsley, #14679-71
Jeremy S. Baber, #22883-29
Attorneys for Plaintiff

Vaughn A. Wamsley, Esq.
Jeremy S. Baber, Esq.
Attorney at Law
851 South Rangeline Road
Carmel, IN  46032
(317) 846-1080

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| MISTIE L. MORALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| J.C. PENNEY CORPORATION, INC. | ) |
| | ) |
| Defendant. | ) |

**SUMMONS**

TO DEFENDANT:   J.C. Penney Corporation, Inc.
c/o CT Corporation System
150 W. Market St., Suite 800
Indianapolis, IN  46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert in your written answer.

Dated:\_\_\_1/28/2020_____   \_\_\_\_/s/ Myla A. Eldridge_____
Clerk, Marion County Superior Court

(The following manner of service of summons is hereby designated)

\_\_\_\_X_____   Registered or certified mail.

_____   Service at place of employment, to-wit:_____

_____   Service on individual – (Personal or copy) at above address

_____   Service on agent. (Specify) _____

_____   Other service. (Specify) _____

92647.16

| | |
|---|---|
| STATE OF INDIANA | MARION COUNTY SUPERIOR COURT NO. 5 |
| COUNTY OF MARION | CAUSE NO. 49D05-2001-CT-003672 |

MISTIE L. MORALES,

    Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

Party Classification:   Initiating:_____   Responding: __X__   Intervening: _____

1. The undersigned attorney appears in this case for the following party member:

**J.C. Penney Corporation, Inc.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

| | | |
|---|---|---|
| Jessica N. Hamilton | Atty. No. | 34268-71 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | jnhamilton@kopkalaw.com |
| Carmel, IN 46032 | | |
| | | |
| Leslie B. Pollie | Atty. No. | 25716-49 |
| KOPKA PINKUS DOLIN PC | Telephone: | (317) 818-1360 |
| 550 Congressional Boulevard | Facsimile: | (317) 818-1390 |
| Suite 310 | Email: | lbpollie@kopkalaw.com |
| Carmel, IN 46032 | | |

**IMPORTANT:** Each attorney specified on this Appearance:

    (a)    certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email

    addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

  (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. Case Type requested under Administrative Rule 8(b)(3):  **CT**

4. I will accept service by fax at the above noted number:  **No**

 I will accept service by email at the above noted address:  **Yes**

5. This case involves child support issues:  **No**

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7. This case involves a petition for involuntary commitment:  **No**

8. Are there related cases:  **No**

9. Additional information required by local rule:  **No**

10. Are there other party members:  **No**

11. This form has been served on all other parties and a Certificate of Service is attached.

    Respectfully submitted,

    KOPKA PINKUS DOLIN PC

    By: _____
     Jessica N. Hamilton, Atty No. 34268-71
     Leslie B. Pollie, Atty No. 25716-49
     Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2020, I electronically filed the foregoing document using the Indiana eFiling System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Vaughn A. Wamsley
Jeremy S. Baber
VAUGHN A. WAMSLEY, PC
851 South Rangeline Road
Carmel, IN 46032
kbrooks@pilegal.com
jbaber@pilegal.com
*Attorney for Plaintiff*

                                                _____
                                                Jessica N. Hamilton

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com

92647.17

| STATE OF INDIANA | MARION COUNTY SUPERIOR COURT NO. 5 |
| COUNTY OF MARION | CAUSE NO. 49D05-2001-CT-003672 |

MISTIE L. MORALES,

    Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

    Defendant.

### DEFENDANT'S, J.C. PENNEY CORPORATION, INC., NOTICE OF AUTOMATIC EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, J.C. Penney Corporation, Inc., by counsel, pursuant to Marion County Local Rule 49-TR5, notifies the Court that it will utilize the automatic thirty (30) day extension of time in which to respond to Plaintiff's Complaint, and in support would show the Court as follows:

1. That on January 27, 2020, Plaintiff's Complaint was filed with this Court.

2. That on January 31, 2020, service upon J.C. Penney Corporation, Inc. was perfected by certified mail.

3. That on February 24, 2020, Defendant's response to Plaintiff's Complaint is due.

4. That undersigned counsel requires additional time in order to confer with his client, review the claim, investigate the facts, and prepare an appropriate response.

5. That the thirty (30) day extension of time shall be automatic pursuant to Marion County Local Rules.

6. That the extension of time is not for purposes of delay and will not prejudice the Plaintiff.

**WHEREFORE**, Defendant, J.C. Penney Corporation, Inc., notifies the Court that it will utilize the automatic thirty (30) day extension of time to, and including, March 25, 2020 in which to respond to Plaintiff's Complaint.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

By: _____
Jessica N. Hamilton, Atty No. 34268-71
Leslie B. Pollie, Atty No. 25716-49
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically filed the foregoing document using the Indiana eFiling System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Vaughn A. Wamsley
Jeremy S. Baber
VAUGHN A. WAMSLEY, PC
851 South Rangeline Road
Carmel, IN 46032
kbrooks@pilegal.com
jbaber@pilegal.com
*Attorney for Plaintiff*

_____
Jessica N. Hamilton

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com

92647.18

| | |
|---|---|
| STATE OF INDIANA | MARION COUNTY SUPERIOR COURT NO. 5 |
| COUNTY OF MARION | CAUSE NO. 49D05-2001-CT-003672 |

MISTIE L. MORALES,

    Plaintiff,

v.

J.C. PENNEY CORPORATION, INC.,

    Defendant.

**F I L E D**
February 12, 2020
CLERK OF THE COURT
MARION COUNTY
AG

### ORDER GRANTING DEFENDANT'S AUTOMATIC EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, J.C. Penney Corporation, Inc., by counsel, having filed a Notice for Automatic Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the notice and being duly advised in the premises, now finds that Defendant is entitled to an automatic enlargement of time pursuant to Marion County Local Rule LR49-TR5-203(D).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, J.C. Penney Corporation, Inc. shall have up to and including **March 25, 2020** by which to file a response to Plaintiff's Complaint.

    SO ORDERED: **February 10, 2020**

                                                      _____
                                                      Judge, Marion County Superior Court No. 5

Distribution to parties via IEFS